**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ROSEMARIE MILES, as Executor of the of Christine B. Worrell            Plaintiff, <br><br> v. <br><br> JAMES WORRELL, et al. <br><br>         Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> )     Civil Action No. _____ <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF REMOVAL

Defendant BAE Systems, Inc. ("Defendant") hereby removes the action now pending in the Superior Court of New Jersey, Chancery Division Probate Part, Burlington County (Docket No. 2019-2014, titled "*Rosemarie Wells, as Executor of the Estate of Christine B. Wells, v. James Worrell, individually, BAE Systems Benefits Center; BAE Systems U.S. Pensions Service Center; USAA Financial Advisors, LLC; and any successors in interest; John Doe 1-5*" (the "State Court Action") to this Court pursuant to 28 U.S.C. §§ 1441 and 1446. As grounds therefore, Defendant states as follows:

1.  Plaintiff filed this action against Defendant on December 4, 2019.

2.  Defendant first received the Order to Show Cause and a copy of Plaintiff's Complaint designating BAE as a Defendant on December 23, 2019.

3.  This Notice of Removal is filed within thirty (30) days after receipt of the Order to Show Cause and Complaint on December 23, 2019.

4.      Pursuant to 28 U.S.C. § 1446(a), a true and correct copy of the Order to Show

Cause and Complaint, being all the process and pleadings filed in the State Court Action as of

the date hereof, are attached to this Notice of Removal as Exhibit A.

5.      According to Plaintiff's Complaint, Plaintiff "was appointed as the Executrix [of

Decedent Christine B. Worrell's estate] on September 16, 2019," and Defendant is the

"Decedent's former employer," and was the sponsor of retirement plans Decedent participated in

through her employment. *See* Ex. A, ¶¶ 2, 6, 18-19. Plaintiff's claims are for the determination

of the proper beneficiary of these plans, as governed by the Employee Retirement Income

Security Act of 1974, as amended ("ERISA"), 29 U.S.C. § 1001, *et seq.*

6.      Specifically, in Counts One and Two, Plaintiff brings a claim seeking to "restrain

the plan administrators of Decedent's . . . pension, 401k account, brokerage/saving account, and

IRA account(s), from distributing same to [Decedent's former spouse] James Worrell, or in the

alternative, allowing the plan administrator to deposit the proceeds of the account(s) into the

Court pending a determination of the rightful beneficiary thereof;." Ex. A, ¶ A.

7.      Plaintiff's claims raise substantial questions regarding the payment of ERISA

benefits and the administration of an ERISA plan, and, as such, raise substantial federal

questions regarding ERISA. Accordingly, this Court has original jurisdiction under 28 U.S.C.

§ 1331.

8.      This Court also has original jurisdiction because Plaintiff's claims are completely

preempted by ERISA. *See Pryzbowski v. U.S. Healthcare, Inc.*, 245 F.3d 266, 271-72 (3d Cir.

2001). Indeed, the Supreme Court of the United States has explained that ERISA preempts state

domestic relations and probate laws with respect to questions of beneficiary designations in

employer provided retirement plans. *See Kennedy v. Plan Administrator for DuPont Savings*

*and Investment Plan*, 555 U.S. 285 (2009); *Egelhoff v. Egelhoff*, 532 U.S. 141 (2001);

*Boggs v. Boggs*, 520 U.S. 833 (1997).

     9.     The Superior Court of New Jersey, Chancery Division Probate Part, Burlington County is located within the District of New Jersey; therefore, this Court is the proper venue for removal pursuant to 28 U.S.C. § 1446(a).

     10.     Defendant will give prompt, written notice of the filing of this Notice of Removal to Plaintiff's counsel, and will promptly file a copy of the Notice of Removal with the Superior Court of New Jersey, Chancery Division Probate Part, Burlington County.

Dated:  January 22, 2020

Respectfully submitted,

Matthew J. Junk
Deasey, Mahoney & Valentini, Ltd.
1601 Market Street, Suite 3400
Philadelphia, PA 19103
Telephone: (215) 587-9400
Email:  MJunk@dmvlawfirm.com

Attorneys for BAE Systems, Inc.

3

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing document was served upon the

following individual by overnight mail on January 22, 2020:


Colleen A. McGuigan, Esq.
McNeely McGuigan & Esmi LLC
8 E. Main Street
Moorestown, NJ 08057
**Attorney for Plaintiff**


Matthew J. Junk
Deasey, Mahoney & Valentini, Ltd.
1601 Market Street, Suite 3400
Philadelphia, PA 19103
Telephone: (215) 587-9400
Email:  MJunk@dmvlawfirm.com